IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41236
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PEDRO SANCHEZ; ADOLFO SANCHEZ,

Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-97-CR-125-1
- - - - - - - - - -
August 16, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Pedro Sanchez appeals his conviction for conspiracy to possess with intent to distribute marijuana and for possession with intent to distribute marijuana. Adolfo Sanchez appeals his conviction for conspiracy to possess with intent to distribute marijuana. Pedro Sanchez contends that his conviction should be overturned because he was denied effective assistance of counsel because counsel had an actual conflict of interest. The record is not sufficiently developed to show such a conflict, and this

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court thus declines to address the issue on direct appeal.  See United States v. Rivas, 157 F.3d 364, 369 (5th Cir. 1998).

Adolfo argues that the evidence was insufficient to convict him of conspiracy.  When the evidence, both direct and circumstantial, is viewed in the light most favorable to the jury's verdict, the evidence was sufficient to convict Adolfo Sanchez of each and every element of conspiracy to traffic in narcotics.  See United States v. Dean, 59 F.3d 1479, 1485 (5th Cir. 1995); United States v. Resio-Trejo, 45 F.3d 907, 910 (5th Cir. 1995).

AFFIRMED.